## Smith Oil and Refining Company, Appellant, v. Carl Montgomery, Robert Boyer and Wolf Chevrolet Company, Appellees.

### Gen. No. 10,247.

opinion filed October 14, 1948; released for publication November 2, 1948. Large, Reno & Zahm, for appellant; John B. Anderson, of counsel; Maynard & Maynard, Albert S. O'Sullivan and Edward S. Foltz, Jr. and John H. Page, for various appellees; Frank E. Maynard and Edward S. Foltz, Jr., of counsel. Opinion by JUSTICE DOVE. Not to be published in full.

## Agnes R. Moore, Appellant, v. William J. Moyle et al., Appellees.

### Gen. No. 10,269.

